IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

DOUGLAS MASTERS,
          Plaintiff,

-vs-                                                   Case No. A-12-CA-376-SS

WELLS FARGO BANK SOUTH CENTRAL, N.A.,
          Defendant.

## JUDGMENT

BE IT REMEMBERED on this day the Court entered its order granting Defendant Wells Fargo Bank South Central, N.A.'s Motion to Dismiss, and thereafter enters the following judgment consistent with Wells Fargo's offer of settlement:

    IT IS ORDERED, ADJUDGED, and DECREED that Plaintiff Douglas Masters do have and recover judgment against Defendant Wells Fargo Bank South Central, N.A., in the amount of THIRTEEN THOUSAND FIVE HUNDRED DOLLARS ($13,500.00), in full satisfaction of Masters's claims under the Telephone Consumer Protection Act and Texas Business & Commerce Code § 305.053. All recoverable costs are taxed against the Defendant, for which let execution issue.

    IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Defendant Wells Fargo Bank South Central, N.A. is ENJOINED from placing further calls to Plaintiff Douglas Masters's cell phone number using an automatic telephone dialing system, without Masters's consent, for so long as Defendant has reason to believe Masters owns the number.

IT IS FINALLY ORDERED that Plaintiff Douglas Masters's remaining claim pursuant to the Texas Debt Collection Act is REMANDED to the 277th Judicial District Court of Williamson County, Texas, where it originated as Cause Number 12-0339-C277.

SIGNED this the 31st day of July 2013.

>                    *Sam Sparks*
> SAM SPARKS
> UNITED STATES DISTRICT JUDGE